**Fill in this information to identify the case:**

Debtor name **Gospel Way Deliverance Ministries, INC.**

United States Bankruptcy Court for the: **Eastern** District of **New York**
(State)

Case number (if known): **1-19-41850**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B* ........................................................ $ **350,000.00**

   1b. Total personal property:
   Copy line 91A from *Schedule A/B* ....................................................... $ **21,000.00**

   1c. Total of all property:
   Copy line 92 from *Schedule A/B* ......................................................... $ **371,000.00**

---

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............ $ **700,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................... $ **0**

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........... + $ **0**

4. Total liabilities .................................................................
   Lines 2 + 3a + 3b $ **700,000.00**

Fill in this information to identify the case:

Debtor name  Gospel Way Deliverance Ministries, Inc.

United States Bankruptcy Court for the:  Eastern  District of  New York
(State)

Case number (if known):  1-19-41850

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

2. **Cash on hand**                                                        $    0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. TD Bank | Checking | 9 9 3 1 | $ 16,000.00 |
| 3.2. | | _ _ _ _ | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $ 16,000.00

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | $ |
|---|---|
| 7.2. | $ |

Debtor **Gospel Way Deliverance Ministries, Inc** Case number (if known) **1-19-41850**
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $_____

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔ $_____
face amount                doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔ $_____
face amount                doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $_____

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____ _____ $_____

14.2._____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1._____ _____% _____ $_____

15.2._____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____ _____ $_____

16.2._____ _____ $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $_____

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. Total of Part 5
Add lines 19 through 22. Copy the total to line 84.

$_____

24. Is any of the property listed in Part 5 perishable?
☐ No
☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $_____ | _____ | $_____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | $_____ | _____ | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Church benches | $_____ | _____ | $ 5,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 5000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Name

**Part 8:**   Machinery, equipment, and vehicles

46.  Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  Aircraft and accessories

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51.  Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☐ Yes

53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No

☐ Yes

Debtor __Gospel Way Deliverance Ministries, Inc.__ Case number (if known) __1-19-41850__

## Part 9: Real property

54. Does the debtor own or lease any real property?
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1060 Utica Avenue, NY Brooklyn | Owner | $ | | $ 350,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 350,000.00

57. Is a depreciation schedule available for any of the property listed in Part 9?
☑ No
☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$

Debtor  *Gospel Way Deliverance Ministries Inc.*  Case number (if known) *1-19-41850*

67. Do your lists or records include **personally identifiable information** of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
   ☐ No
   ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
   ☐ No
   ☐ Yes

## Part 10:  All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____  _____ — _____ = → $_____
   Total face amount       doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

   _____  Tax year _____  $_____
   _____  Tax year _____  $_____
   _____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

   _____  $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

   _____  $_____

   Nature of claim  _____
   Amount requested  $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____  $_____

   Nature of claim  _____
   Amount requested  $_____

76. **Trusts, equitable or future interests in property**

   _____  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   _____  $_____
   _____  $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.  $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
   ☐ No
   ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 21,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ................91a. | $ 21,000.00 | + 91b. $ 350,000.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................  $ 371,000.00

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
_JRK Capital, Inc._

Creditor's mailing address
_c/o Christopher J. Panny, Esq._
_26 Court Street Suite 412_
_Brooklyn NY 11201_

Creditor's email address, if known
_____

Date debt was incurred _8-16-2004_

Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
_1060 Utica Avenue_
_Brooklyn, NY 11203_

$ _700,000.00_   $ _350,000.00_

Describe the lien
_Mortgage_

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien
_____
_____
_____

$ _____   $ _____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$ _700,000_

Fill in this information to identify the case:

Debtor    Gospel Way Deliverance Ministries, INC.

United States Bankruptcy Court for the: Eastern    District of New York
                                                   (State)

Case number   1-19-41850
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ____ ____ ____ ____

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ____ ____ ____ ____

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.3** | Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ____ ____ ____ ____

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _Gospel Way Deliverance Ministries, Inc_    Case number (if known) _1-19-41850_

3. List in alphabetical order all of the **creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_NONE_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Fill in this information to identify the case:

Debtor name **Gospel Way Deliverance Ministries, Inc**

United States Bankruptcy Court for the: **Eastern** District of **New York**
(State)

Case number (if known): **1-19-41850** Chapter **11**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 Lorna Flynn (Deceased) | 720 East 51st Street <br> Street <br><br> Brooklyn   NY   11203 <br> City   State   ZIP Code | JRK Capital Inc. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ✓ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ✓ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ✓ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ✓ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ✓ Schedule H: Codebtors (Official Form 206H)
- ✓ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ✓ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/10/2019__          X __D. Burris__
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

__Donald Burris__
Printed name

__President__
Position or relationship to debtor

☐ Check if this is an
amended filing

**Fill in this information to identify the case:**

Debtor name  Gospel Way Deliverance Ministries, Inc

United States Bankruptcy Court for the:  Eastern  District of  New York
(State)

Case number (If known):  1-19-41850

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:  Income

**1. Gross revenue from business**

☐ None

| | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and<br>exclusions) |
|---|---|---|---|
| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | |
| From the beginning of the fiscal year to filing date: | From 01/01/2019 to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ 25,000.00 |
| For prior year: | From 01/01/2018 to 12/31/2019<br>MM/DD/YYYY      MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ 60,000.00 |
| For the year before that: | From 01/01/2017 to 12/31/2019<br>MM/DD/YYYY      MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ 50,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each<br>source<br>(before deductions and<br>exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM/DD/YYYY | _____ | $_____ |
| For prior year: | From _____ to _____<br>MM/DD/YYYY      MM/DD/YYYY | _____ | $_____ |
| For the year before that: | From _____ to _____<br>MM/DD/YYYY      MM/DD/YYYY | _____ | $_____ |

Debtor  Gospel Way Deliverance Ministries Inc.       Case number (if known) 1-19-41850
       Name

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ✓ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1 | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2 | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code<br><br>Relationship to debtor<br>_____ | _____ | $_____ | _____<br>_____<br>_____ |
| 4.2 | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code<br><br>Relationship to debtor<br>_____ | _____ | $_____ | _____<br>_____<br>_____ |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |
| Creditor's name | _____ | _____ | $_____ |
| Street | _____ | | |
| | _____ | | |
| City    State   ZIP Code | | | |
| 5.2 | | | |
| Creditor's name | _____ | _____ | $_____ |
| Street | _____ | | |
| | _____ | | |
| City    State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | _____ | _____ | $_____ |
| Street | | | |
| | Last 4 digits of account number: XXXX–_ _ _ _ | | |
| City    State   ZIP Code | | | |

---

**Part 3:** **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 JRK Capital Inc. V. Gospel Way Church | Foreclosure | Supreme Court<br>360 Adams Street<br>Street<br>Brooklyn, NY 11201<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>500717-2012 | | | |
| 7.2 JRK Capital Inc. V. Gospel Way church | Foreclosure | Supreme Court<br>360 Adams Street<br>Street<br>Brooklyn  NY 11201<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>501177-2017 | | | |

Debtor    Gospel Way Deliverance Ministries, Inc.    Case number (if known) 1-19-41850
          Name

8. Assignments and receivership

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
   hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

   | Custodian's name and address | Description of the property | Value |
   |---|---|---|
   | | | $_____ |
   | Custodian's name | Case title | Court name and address |
   | Street | | Name |
   | | Case number | Street |
   | City          State      ZIP Code | | |
   | | Date of order or assignment | City          State      ZIP Code |

Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value
   of the gifts to that recipient is less than $1,000

   ☑ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|
   | 9.1 Recipient's name | | | $_____ |
   | Street | | | |
   | City          State      ZIP Code | | | |
   | Recipient's relationship to debtor | | | |
   | 9.2 Recipient's name | | | $_____ |
   | Street | | | |
   | City          State      ZIP Code | | | |
   | Recipient's relationship to debtor | | | |

Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ☑ None

   | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
   |---|---|---|---|
   | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
   | | | | $_____ |

Debtor _Gospel Way Deliverance Ministries, Inc._   Case number (if known)_1-19-41850_
      Name

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | Alvin J. Thomas | | 2-15-2019 | $3500.00 |

Address

10 Fiske Place,
      Street
Suite 417
Mount Vernon NY 10550
City            State      ZIP Code

Email or website address
alvinjthomaslaw@aol.com

Who made the payment, if not debtor?

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2 | | | | $_____ |

Address

_____
Street
_____
City            State      ZIP Code

Email or website address

Who made the payment, if not debtor?

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |

Trustee

_____

Debtor  Gospel Way Deliverance Ministries, Inc.    Case number (if known) 1-19-41850

Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | _____ | _____ | _____ | $ _____ |
| | Address | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City            State        ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| | Who received transfer? | _____ | _____ | $ _____ |
| 13.2 | _____ | _____ | | |
| | Address | | | |
| | Street | | | |
| | _____ | | | |
| | City            State        ZIP Code | | | |
| | Relationship to debtor | | | |

### Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1 | Street | From _____ To _____ |
| | _____ | |
| | City            State        ZIP Code | |
| 14.2 | Street | From _____ To _____ |
| | _____ | |
| | City            State        ZIP Code | |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 _____ Facility name | _____ | |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2 _____ Facility name | _____ | |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:
        Name of plan                                    Employer identification number of the plan

        _____                EIN: __ __ – __ __ __ __ __ __ __

        Has the plan been terminated?
        ☐ No
        ☐ Yes

Debtor   Gospel Way Deliverance Ministries, Inc.    Case number (if known) 1-19-41850

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name<br>Street<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2 | Name<br>Street<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor  Gospel Way Deliverance Ministries, Inc.    Case number (if known) 1-19-41850

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor Gospel Way Deliverance Ministries, Inc.   Case number (if known) 1-19-41850
Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1 | Name<br>Street<br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.2 | Name<br>Street<br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.3 | Name<br>Street<br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

Debtor _Gospel Way Deliverance Ministries, Inc_    Case number (if known) _1-19-41850_

26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1 | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2 | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1 | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2 | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1 | | | _____ |
| | Name | | _____ |
| | Street | | _____ |
| | City | State | ZIP Code |

Debtor    Gospel Way Deliverance Ministries, Inc    Case number (if known) 1-A-41850
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3 | |
| Name | |
| Street | |
| City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.
Name
Street
City          State          ZIP Code

Name and address

26d.2
Name
Street
City          State          ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.1
Name
Street
City          State          ZIP Code

Debtor  Gospel Way Deliverance Ministries, Inc.     Case number (if known) 1-19-41850
_____Name_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2
Name _____

Street _____

_____

City _____ State ____ ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald Burris | _____ | President | _____ |
| Dahila Johnson | _____ | Secretary | _____ |
| Doren Edwards | _____ | Treasurer | _____ |
| Vincent Hall | _____ | Trustee | _____ |
| Mary Dennis | _____ | Trustee | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Name _____ | _____ | _____ | _____ |
| Street _____ | | _____ | |
| _____ | | _____ | |
| City _____ State ____ ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |

Debtor  Gospel Way Deliverance Ministries, Inc.   Case number (if known) 1-19-41850

Name and address of recipient

30.2

_____
Name

_____
Street

_____

_____
City                    State        ZIP Code

Relationship to debtor

_____

---

31. Within 6 years before filing this **case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No.
☐ Yes. Identify below.

Name of the parent corporation                      Employer Identification number of the parent
                                                     corporation

_____                                              EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

---

32. Within 6 years before filing this **case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No.
☐ Yes. Identify below.

Name of the pension fund                             Employer Identification number of the pension fund

_____                                              EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

---

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 / 10 / 2019
            MM / DD / YYYY

✗ D. Burris                                          Printed name  Donald Burris
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

Alvin J. Thomas, Esq.
Attorney for the Petitioner
10 Fiske Place, Suite 417
Mount Vernon, New York 10550
(917) 584-7678



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                    Chapter 11

                                          Case No. 19-41850-nhl

GOSPEL WAY DELIVERANCE MINISTRIES, INC

                                          Debtor.

-----------------------------------------------------------X


## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4
-----------------------------------------------------------------------------------------------

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )


   DONALD BURRIS, being duly sworn, deposes and says:

   1. I am a member of the Board of Trustees and the President of Gospel Way
Deliverance Ministries, Inc., a New York corporation with an address at 1060 Utica
Avenue, Brooklyn, New York, 11203 ("Petitioner"). I submit this Affidavit pursuant to
Local Bankruptcy Rule 1007-4.

   2. There are no other bankruptcy proceedings pending against the
Petitioner.

   3. Pursuant to Bankruptcy Rule 1007(d) and the Local Rules of this Court,
the Petitioner is required to file with this petition a list containing the names and
addresses of the twenty (20) largest unsecured creditors excluding (i) those creditors
who or which would not be entitled to vote at a creditors' meeting under 11 U.S.C.

Section 702; (ii) such creditors who were employees of the Petitioner at the time of the filing of its petition for reorganization; and (iii) creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(30). There are no unsecured creditors of the corporation.

4. In addition, the Petitioner is also required to file a list containing the names and addresses of the five (5) largest secured creditors. The requisite list of secured creditors is annexed hereto as Exhibit "A".

5. Annexed hereto as Exhibit "B" is a corporate resolution authorizing the Petitioner's Chapter 11 filing.

6. Annexed hereto as Exhibit "C" is a list of the lawsuits currently pending against the Petitioner.

7. No committee of creditors was organized prior to the filing of the Chapter 11 Petition accompanying this Affidavit.

8. Petitioner is a not-for-profit corporation organized under section 501(c)(3) of the Internal Revenue Code.

9. The Petitioner also maintains an office at 1060 Utica Avenue, Brooklyn, New York 11203, where it convenes its board meetings.

10. Annexed hereto as Exhibit "D" is a list of the Petitioner's Trustees.

11. Substantially all of the Petitioner's books and records are located at Petitioner's offices at 1060 Utica Avenue, Brooklyn, NY 11203.

12. The estimated payroll (exclusive of officers, stockholders and directors and exclusive of payroll taxes) for employees of Petitioner for the thirty days following the filing of the Chapter 11 Petition is $0. The amounts now being paid and proposed to be paid for services to be rendered by the officers of Petitioner as employees, for a period of thirty (30) days following the filing of the Chapter 11 Petition is $0.

13. The estimated additional costs of operations for Petitioner, exclusive of wages and salaries, for the thirty (30) days following the filing of its Chapter 11 Petition aggregate approximately $3,500.00.

14. The estimated cash receipts from rents and member offerings for the thirty day (30) period following the filing of the chapter 11 filing is $10,000.00

15. Pursuant to LBR 1007-4, an approximate summary of Debtors assets and liabilities are set forth in Schedules B, D, E and F to the Chapter 11 Petition.

16. The reason for filing the instant Chapter 11 Petition is the Petitioner was mismanaged for over ten (10) years by its previous Pastor and President, Lorna Phynn,

which included, but not limited to the use of church funds and property for personal gain. As a result, Petitioner was not paying the mortgage on the property located at 1060 Utica Avenue, Brooklyn, New York, and the property was nearly foreclosed upon by the mortgage holder. Also, the loans covering this property also cover three (3) other properties, yet the mortgage holder is only seeking to foreclose on this property.

17. The needs and interests of the Petitioner and its creditors will best be served by the Petitioner's possession of its assets and management of its affairs as a Debtor-in Possession under Chapter 11 until confirmation of a reorganization plan.


_____
DONALD BURRIS
Member and President


Sworn to before me this
10TH day of May, 2019.


_____
Notary Public

Alvin James Thomas
Notary Public, State of New York
No. 05TH7090338
Qualified in Bronx County
Certificate filed in Westchester County
Commission Expires May 18, 2019

EXHIBIT "A"

## FIVE LARGEST SECURED CREDITORS OF
## GOSPEL WAY DELIVERANCE MINISTRIES, INC.

| Name | Estimated Amount |
|------|------------------|
| 1.   JRK Capital Inc<br>c/o Christopher J. Panny, Esq.<br>26 Court Street, Suite 412<br>Brooklyn, NY 11201 | $700,000.00 |

All of the above debts are secured by the property located at:

     1060 Utica Avenue
     Brooklyn, NY 11201
     Estimated Value: $600,000.00

EXHIBIT "B"


CORPORATE RESOLUTION


The undersigned, member of the Board of Trustees and President of Gospel Way Deliverance Ministries, Inc., a corporation organized under the laws of the State of New York (the "Corporation"), does hereby certify that at a duly called meeting of the Trustees held on the 21st day of March, 2019, the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect:

"RESOLVED, that in the judgment of the Corporation, it is desirable and in the best interests of the Corporation, that its officers be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the Corporation upon such date, and in the event, in their discretion, such action should become necessary for the protection of the Corporation and the preservation of its assets without further notice to the officers of the Corporation; and it is further

RESOLVED, that the Officers of the Corporation, or any of them, be and they hereby are authorized on behalf of the Corporation to execute and file all petitions, schedules, lists and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Alvin J. Thomas, Esq., and to retain and employ all assistance by other legal counsel or otherwise which they may deem necessary or proper with a view to the successful conclusion of such reorganization case."


IN WITNESS WHEREOF, I have hereunto set my hand, this 26nd day of April, 2013.


_D. Burris_
_____
DONALD BURRIS


Sworn to before me this

**10th** day of **MAY**, 2019

_____
Notary Public

Alvin James Thomas
Notary Public, State of New York
No. 02TH6090338
Qualified in Bronx County
Certificate filed in Westchester County
Commission Expires May 18, 2019

EXHIBIT "C"

PENDING LITIGATION

JRK Capital Inc against Gospel Way Church of God, Inc, Lorna Phynn, Kenneth Phynn, New York State Department of Taxation and Finance, New York City Department of Finance and New York City Environmental Control Board.
Supreme Court of the State of New York, County of Kings
Index No. 500717-2012, Foreclosure Proceedings.
There was a foreclosure sale scheduled for March 28, 2019 at 2:00 p.m.
The action is related to the Petitioner's real property located at 1060 Utica Avenue, Brooklyn, NY 11203.

JRK Capital Inc against Gospel Way Church of God, Inc, Lorna Phynn, Kenneth Phynn, New York State Department of Taxation and Finance, New York City Department of Finance and New York City Environmental Control Board.
Supreme Court of the State of New York, County of Kings
Index No. 501177-2017, Foreclosure Proceedings.
The action is related to the Petitioner's real property located at 1060 Utica Avenue, Brooklyn, NY 11205.

EXHIBIT "D"

## BOARD OF TRUSTEES OF GOSPEL WAY DELIVERANCE MINISTRIES, INC

Donald Burris, President

Dahila Johnson, Secretary

Doren Edwards, Treasurer

Vincent Hall, Member

Mary Dennis, Member